# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

|  | § |  |
|---|---|---|
|  | § |  |
|  | § |  |
|  | § |  |
| **IN RE ROHIT ROHIT** | § | **EP-19-MC-00207-DCG** |
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |
|  | § |  |

## <u>SEALED ORDER</u>

**IT IS ORDERED** that Movant United States of America and Respondent Rohit Rohit's "Joint Motion for Status Hearing" (ECF No. 11) is **GRANTED IN PART and DENIED IN PART**.

**IT IS THEREFORE ORDERED** that the above-captioned matter is **SET** for a **STATUS HEARING** in Courtroom Number 322, on the Third Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, on **Friday, August 16, 2019, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that Respondent Rohit Rohit, accompanied by his counsel, **SHALL ATTEND** the hearing **in PERSON**, and the United States Department of Homeland Security, Immigration and Customs Enforcement **SHALL** coordinate and facilitate Respondent Rohit's travel to said hearing.

**IT IS FURTHER ORDERED** that at the hearing, (1) the parties **SHALL PRODUCE** a person capable of interpreting in Punjabi for Respondent Rohit at no costs to the Court; and (2) Movant United States of America **SHALL PRODUCE** a person who is qualified and able to inform the Court of Respondent Rohit's present medical conditions.

To ensure the Government's safety concerns, the Court will refer to the Government witnesses by their job title instead of their names in open court and will **SEAL** that portion of the hearing where such witnesses are administered the oath and their names are necessarily recited.

**So ORDERED and SIGNED this _15ᵗʰ_ day of August 2019.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**