# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

In Re: Rohit Rohit                     §
                                       §      CIVIL NO:
vs.                                    §      EP:19-MC-00207-DCG
                                       §
United States of America               §

## **LIST OF WITNESSES**

| FOR MOVANT | FOR |
|---|---|
| 1.      ICE Staff Physician | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |