# EXHIBIT 1



Office of Enforcement and Removal Operations
**U.S. Department of Homeland Security**
26 McGregor Range Road
Chaparral, NM, 88081

**U.S. Immigration and Customs Enforcement**

## Pre-Removal/Release Record Checks

Date: **01/04/19**
Alien Name: **Rohit, Rohit**
Date of Birth: **02/17/1995**
A-Number: **215 813 619**

                                                                                                          **INDIA**

**IDENT CHECKS:**

| | | |
|---|---|---|
| Date: | run: | FBI#: REDACTED |
| No hit(s): | ☒ (check if negative) | |
| Hit(s): | ☐ (check if positive) | FINS: REDACTED |

LEA holding warrant: _____
LEA phone number: _____
Person contacted at LEA: _____
Date & Time spoken to: _____
Date hit(s) resolved: _____        Resolution:   yes / no

DO Officer Initial __REDACTED__

**DOCUMENTATION: Deportation Officer**

| | Yes | No | Reviewer Initials |
|---|---|---|---|
| Final Order by Imm. Judge    BIA | ☒ | ☐ | REDACTED |
| BIA Appeal | ☐ | ☐ | |
| Circuit Appeal | ☐ | ☐ | |
| Stay of Removal | ☐ | ☐ | |
| Habeas | ☐ | ☐ | |
| Medical Hold | ☐ | ☐ | |
| FOD Hold | ☐ | ☐ | |
| INTERPOL Hold | ☐ | ☐ | |
| INTERPOL Green | ☐ | ☐ | |
| TAC Cleared | ☐ | ☐ | |
| CLAIMS for pending Benefit | ☐ | ☐ | |
| TECS checks SQ11, NN13 and NN16 | ☒ | ☐ | |
| Return appropriate documents to alien | ☐ | ☐ | |

EARM updated by: ERA REDACTED

__REDACTED__ (Signature of Person Reviewing/Completing Checks)
_____ (Printed Name of Person Reviewing/Completing Checks)
_____ Deportation Officer (Title of Person Reviewing/Completing Last saved by Checks)

Updated on 10/22/09            **Gang Affiliation:  Yes or No**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARRANT OF REMOVAL/DEPORTATION

Subject ID: 361894979
File No: 215 813 619
Event No: CHU1807000143
Date: May 31, 2019

**To any immigration officer of the United States Department of Homeland Security:**

ROHIT ROHIT
_(Full name of alien)_

who entered the United States at  OTAY MESA, CA   on  July 12, 2018
_(Place of entry)_   _(Date of entry)_

is subject to removal/deportation from the United States, based upon a final order by:

- [X] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 212a7AiI & 212a6Ai of the Immigration and Natioanlity Act

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2019

_(Signature of immigration officer)_
Corey A. Price/FIELD OFFICE DIRECTOR
_(Title of immigration officer)_

May 31, 2019, Chapparral, NM
_(Date and office location)_

*NOTE** Under Docket Control at Chaparral, New Mexico
*RETURN EXECUTED W/D TO: ICE 26 McGregor Range Rd, Chaparral, New Mexico 88081   ATTN: D&R, DEPARTURE VERIFICATION

Alien No: 215 813 619

To be completed by immigration officer executing the warrant: Name of alien being removed:
ROHIT ROHIT

Port, date, and manner of removal: EWR, 9/9/19, By plane UA82

Photograph of alien removed

Right index fingerprint of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

Event No: CHU1807000143  A-File Number: 215 813 619

Date: 05/31/2019

Alien's name: ROHIT ROHIT

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☒ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☒ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

REDACTED  |  DO  |  ELP
(Signature of officer serving warning) | (Title of officer) | (Location of DHS office)

DHS Form I-294 (3/12)  Page 1 of 1